*QUIJANO ENNIS & SIDERIS*
ATTORNEYS AT LAW
52 Duane Street
Floor 7
NEW YORK, NEW YORK 10011
TELEPHONE: (212) 686-0666
**Peter Enrique Quijano Cell: (917) 716-6312**
FAX: (212) 686-8690

peter@qandelaw.com; nancyleeennis@gmail.com; annasideris@yahoo.com

**Peter Enrique Quijano**
**Nancy Lee Ennis**
**Anna N. Sideris**

May 25, 2022

BY ECF

Honorable Vernon S. Broderick
United States District Judge
for the Southern District of New York
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   05/26/22

Re: <u>U.S. v. Jason Burgos</u>, 22 Cr. 83 (VSB)

Dear Judge Broderick:

    On May 17, 2022, at the Defendant Jason Burgos' request, the Court relieved Counsel as Mr. Burgos' Criminal Justice Act attorney; and, continued the matter to Thursday, June 2, 2022 at 1:00 P.M., for the purposes of appointing Meredith S. Heller, Esq. as Criminal Justice Act counsel for Mr. Burgos. Counsel has provided Ms. Heller with the entire Jason Burgos file, including the Discovery provided to the defendant to date. Counsel has also conferred Ms. Heller and provided her with a detail history and summary of the case. Accordingly, it is respectfully requested that Counsel be excused from appearing at the June 2nd Status Conference.

                                 Respectfully submitted,

                                 *Peter E. Quijano*
                                 Peter Enrique Quijano

cc: Meredith S. Heller, Esquire (email)
    A.U.S.A Jun Xiang (by email and ECF)