Law Office of Meredith S. Heller PLLC
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 4/27/23

April 27, 2023

**VIA ECF**
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**RE:** *United States v. Jason Burgos*
22-cr-83 (VSB)

Dear Judge Broderick,

    This letter is submitted on behalf of my client, Jason Burgos. Mr. Burgos' sentencing is currently scheduled for May 11, 2023. I am respectfully requesting a 14-day adjournment until May 25, 2023. This request is necessary because I have not yet received the final PSR. I am also expecting to receive additional letters on my client's behalf. This is Mr. Burgos' first request for an adjournment.

    The government, through A.U.S.A. Jun Xiang, consents to this request.

Respectfully Submitted,

Meredith S. Heller

Cc: A.U.S.A. Jun Xiang (via ECF)